UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                        Plaintiff,                  JUDGMENT

     v.                                             22-CV-3200 (ARR) (SJB)

iFRESH, INC. and LONG DENG,

                       Defendants.
----------------------------------------------------------------X

      An Opinion and Order of the Honorable Allyne R. Ross, United States District Judge, having been filed on February 5, 2024, granting the SEC's motions; denying iFresh's motion; directing that judgment be entered against iFresh in the amount of $1,657,478, which consists of $1,002,893 in disgorgement, $104,585 in pre-judgment interest, and $550,000 in civil penalties; it is

      ORDERED and ADJUDGED that the SEC's motions are granted; that iFresh's motion is denied; and that judgment is hereby entered against iFresh in the amount of $1,657,478, which consists of $1,002,893 in disgorgement, $104,585 in pre-judgment interest, and $550,000 in civil penalties.

Dated: Brooklyn, New York                                    Brenna B. Mahoney
       February 7, 2024                                         Clerk of Court

                                                               By:    */s/Jalitza Poveda*
                                                                          Deputy Clerk